**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TRADEMOTION, LLC. and
INTELLIGENTZ AUTOMOTIVE
CORPORATION, d/b/a Trademotion

      Plaintiffs,

v.                                                        Case No. 6:11-cv-1011-Orl-36DAB

MARKETCLIQ, INC., et al.

      Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge David A. Baker, filed on February 14, 2012 (Doc. 63). Judge Baker recommends that the Court grant Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 54) for failure to state a claim. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

Magistrate Judge Baker thoroughly analyzed Plaintiffs' claims in the Second Amended Complaint, which alleges violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("CFAA"). Doc. 63, pp. 4-12. First, Judge Baker found that Plaintiffs' admission that W. Anderson had "full administrative access" to Plaintiffs' computer system (Doc. 51, ¶ 39) means that Anderson cannot be considered "without authorization" under the terms of the CFAA and thus Plaintiffs have failed to state a cause of action under any of the provisions of the Act that require unauthorized access. Doc. 63, p.7. Second, even accepting a broad definition of the "loss" required by the CFAA, Plaintiffs' allegations do not show an adequate connection between the acts of the alleged violator

(Anderson) and the actual Defendants in this suit to support a cause of action under §1030(a)(5)(A). *Id.*, p.12. The Court is satisfied that the Plaintiffs have failed to state any plausible claim for relief under the CFAA against these Defendants, and will dismiss their Second Amended Complaint with prejudice. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 63) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 54) is **GRANTED** for failure to state a claim upon which relief can be granted. As this was Plaintiffs' third attempt to state a claim upon which relief can be granted, the Second Amended Complaint is **DISMISSED with prejudice.**

3) The Clerk is directed to terminate all pending motions, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida on March 2, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:

UNITED STATES MAGISTRATE JUDGE DAVID A. BAKER
COUNSEL OF RECORD